# Supreme Court of Florida

_____

No. SC16-1534
_____

**DOMINIQUE WRIGHT,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[May 18, 2017]

PER CURIAM.

We initially accepted discretionary review of the decision in <u>Wright v. State</u>, 199 So. 3d 1019 (Fla. 4th DCA 2016). Upon further consideration, we exercise our discretion and discharge jurisdiction. Accordingly, we hereby dismiss this review proceeding.

It is so ordered.

No motion for rehearing will be entertained by the Court. <u>See</u> Fla. R. App. P. 9.330(d)(2).

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and LAWSON, JJ., concur.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

Fourth District - Case No. 4D12-1124

(Palm Beach County)

Carol Stafford Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, Fifteenth Judicial Circuit, West Palm Beach, Florida,

for Petitioner

Pamela Jo Bondi, Attorney General, Tallahassee, Florida; and Celia Terenzio, Bureau Chief, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, Florida,

for Respondent